Tariq AHMED, MD, Plaintiff–Appellee,

v.

State of WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES; Leanna Lamb, Superintendent Rainier School; Order Rogelio Ruvalcaba, Dr.; Does 1 Through 20, Defendants–Appellants.

No. 00–35660.

United States Court of Appeals, Ninth Circuit.

June 18, 2002.

Before SCHROEDER, Chief Judge, NOONAN, O'SCANNLAIN, TROTT, Rymer, KLEINFELD, HAWKINS, TASHIMA, FISHER, TALLMAN, and RAWLINSON, Circuit Judges.

## ORDER

Pursuant to the parties' stipulation, the appeal is DISMISSED with each party to bear its own costs. The panel opinion is VACATED.